In the Matter of the Claim of MICHAEL KUCHER, Respondent, against BURTON MANAGEMENT CORP. and MARYLAND CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant slipped and suffered a comminuted fracture of the head of the right tibia. There was a diseased condition of the bones of the leg prior to the accident. However, the proof sustains the fact that the accident was a proximate cause of the injury. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.